IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02678-BNB

DORIAN TREVOR SYKES,

   Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
LT. M. HENDERSON, Special Housing,

   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER OF DISMISSAL

---

Plaintiff Dorian Trevor Sykes is in the custody of the United States Bureau of Prisons and currently is incarcerated at USP Florence. On December 17, 2007, Plaintiff submitted to the Court a *pro se* Prisoner Complaint pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971). Subsequently, he also filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On January 15, 2008, Magistrate Judge Boyd N. Boland entered an Order granting the § 1915 Motion. The Order required Plaintiff to pay the full amount of the $350.00 filing fee in installments and directed him to pay an initial partial filing fee of $54.00 within thirty days or to show cause why he has no assets and no means by which to pay the initial fee. The Order warned Plaintiff that if he failed to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show

cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Plaintiff now has failed either to pay the initial partial filing fee within the time allowed, as designated in the January 15, 2008, Order, or to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure either to pay an initial partial filing fee of $54.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee within thirty days of the January 15, 2007, Order.

DATED at Denver, Colorado, this 25 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02678-BNB

Dorian Trevor Sykes
Reg. No. 31185-039
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/26/08

                                     GREGORY C. LANGHAM, CLERK

                                     By: _Angie_
                                             Deputy Clerk